UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

OMEGA, S.A., and THE SWATCH GROUP (U.S.) INC.

    Plaintiffs,

v.

SUSAN EISEN, INC. d/b/a SUSAN EISEN FINE JEWELRY AND WATCHES

    Defendant.

JUDGE PHILIP MARTINEZ

EP07CA0268

### PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Omega S.A. and The Swatch Group (US) Inc., certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which own at least 10% of Omega S.A. and The Swatch Group (US) Inc., and which are publicly held.

    The Swatch Group Ltd.

Respectfully submitted,
COLLEN *IP*

By: _____
Jess M. Collen (*pro hac vice application pending*)
Brendan J. Reilly (*pro hac vice application pending*)
COLLEN *IP*
80 South Highland Avenue
Ossining, New York 10562
(914) 941 5668
(914) 941-6091 (fax)