AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Western__ District of __Texas__

OMEGA, S.A.,
and THE SWATCH GROUP (U.S.) INC.

V.

SUSAN EISEN, INC. d/b/a SUSAN EISEN FINE
JEWELRY AND WATCHES

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

JUDGE PHILIP MARTINEZ

EP07CA0268

TO: (Name and address of Defendant)

Susan Eisen
7500 North Mesa Street
El Paso, TX 79912

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jess M. Collen
Collen IP
80 S. Highland Avenue
Ossining, NY 10562

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

William G. Putnicki

CLERK

(By) DEPUTY CLERK

DATE  8/01/07