Omega, S.A. et al v. Susan Eisen, Inc.

AO 120 (Rev. 3/04)

Doc.

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been
filed in the U.S. District Court __WESTERN DISTRICT OF TEX__ on the following ☐ Patents or ☑ Trademarks:

| DOCKET NO.<br>EP-07-CA-268-PRM | DATE FILED<br>8/1/2007 | U.S. DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS, EL PASO DIVISION | | |
|---|---|---|---|---|
| PLAINTIFF<br><br>Omega, S.A., and<br>The Swatch Group (U.S.) Inc. | | DEFENDANT<br><br>Susan Eisen, Inc.<br>doing business as<br>Susan Eisen Fine Jewelry and Watches | | |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 25,036 | | OMEGA (& DESIGN) |
| 2 | 566,370 | | OMEGA |
| 3 | 577,415 | | OMEGA (& DESIGN) |
| 4 | 1,290,661 | | OMEGA (& DESIGN) |
| 5 | 578,041 | | OMEGA (& DESIGN) |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br><br>WILLIAM G. PUTNICKI | (BY) DEPUTY CLERK<br><br>*Liza Lech J Molina* | DATE<br><br>8-10-07 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

Dockets.Justia.com