IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2007 AUG -6 PM 4:11
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| OMEGA, S.A. and THE SWATCH GROUP (U.S.) INC. <br> Plaintiffs, <br><br> v. <br><br> SUSAN EISEN, INC. d/b/a SUSAN EISEN FINE JEWELRY AND WATCHES, <br> Defendant. | § § § § § § § § § § |

EP-07-CV-268-PRM

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

On this day, the Court considered Attorney Jess M. Collen's "Motion for Admission *Pro Hac Vice*," filed on August 1, 2007, in the above-captioned cause. Therein, Attorney Collen moves the Court to permit him to appear *pro hac vice* for the purpose of serving as counsel for Plaintiffs in the above-captioned cause. After due consideration, the Court is of the opinion that Attorney Collen's Motion should be granted.

Accordingly, **IT IS ORDERED** that Attorney Jess M. Collen's "Motion for Admission *Pro Hac Vice*" (Docket No. 4) is **GRANTED**.

**IT IS FURTHER ORDERED** that Attorney Jess M. Collen is **GRANTED LEAVE** to appear *pro hac vice* as attorney of record in the above-captioned cause for Plaintiffs.

**IT IS FURTHER ORDERED** that Attorney Jess M. Collen file an application for admission to practice before the United States District Court for the Western District of Texas within sixty days of the entry of this Order, and diligently pursue such application until he is admitted to practice before the Court. Should Attorney Collen decide not to pursue admission, he will not be allowed to appear in any other action in the United States District Court for the Western District of Texas until such time as he has been admitted formally to practice.

SIGNED this 6th day of **August, 2007**.

PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE