IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2007 AUG -6 PM 4:10

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| OMEGA, S.A. and THE SWATCH GROUP (U.S.) INC., <br> Plaintiffs, <br><br> v. <br><br> SUSAN EISEN, INC. d/b/a SUSAN EISEN FINE JEWELRY AND WATCHES, <br> Defendant. | § <br> § <br> § <br> § <br> §    EP-07-CV-268-PRM <br> § <br> § <br> § <br> § |

<u>ORDER REQUIRING PLAINTIFFS TO RETAIN LOCAL COUNSEL</u>

On this day, the Court *sua sponte* considered the above-captioned cause. The Court finds that Plaintiffs Omega, S.A. and The Swatch Group (U.S.) Inc. should retain a member of the Bar of this Court who maintains an office within the El Paso Division of the Western District of Texas as co-counsel with the authority to act as attorney of record for all purposes.

Accordingly, **IT IS ORDERED** that Plaintiffs **RETAIN** local counsel as soon as possible, but in no event later than **September 6, 2007**.

SIGNED this 6th day of **August, 2007**.

PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE