09/06/2007 17:47 FAX 9149415859   COLLENIP   ☒001/001
Case 3:07-cv-00268-PRM   Document 11   Filed 09/06/2007   Page 1 of 1
Omega, S.A. et al v. Susan Eisen, Inc.   Doc.



COLLEN IP
INTELLECTUAL PROPERTY LAW

Telephone (914) 941-5668
Facsimile (914) 941-6091
www.collenIP.com

breilly@collenIP.com



FILED
2007 SEP -6 PM 4:21
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

September 6, 2007

**VIA FACSIMILE:   1 PAGE**   FAX: (915) 534-6715
**CONFIRMATION BY MAIL**

Judge Philip R. Martinez
511 East San Antonio Ave.
El Paso, Texas 79901

    RE:   Omega, S.A. et al. v. Susan Eisen, Inc. et al.
         Case No.:   EP-07-CV-268-PRM
         Our Ref. No. G633

Dear Judge Martinez:

    We represent the Plaintiff in the above-referenced action. On July 6, 2007 Your Honor ordered that we retain local counsel. We received the order on August 20, 2007. Since that time we have contacted six aw firms in El Paso, four of whom had conflicts of interest.

    Today we received word that one firm did not have a conflict of interest. We are in the process of finalizing an engagement and anticipate that we will file a Notice of Appearance for local counsel very soon.

    We are working diligently to comply with the August 6, 2007 order and we will keep you informed of further developments.

                            Respectfully submitted,
                            COLLEN *IP*

                            Brendan J. Reilly

BJR:al

FACSIMILE NOTICE: This transmission may be an attorney-client communication which is PRIVILEGED AND CONFIDENTIAL. If you are not the intended recipient, or an agent responsible for delivering this to the intended recipient, you have received this document in error and any review, dissemination, distribution or copying of this message IS PROHIBITED. If you have received this communication in error, please notify us IMMEDIATELY by telephone 1 914 941 5668 and return the original message and any copies to us by mail. We will pay the cost of return.

COLLEN IP Intellectual Property Law, P.C., THE HOLYOKE-MANHATTAN BUILDING,
80 South Highland Avenue, Ossining-on-Hudson, Westchester County, New York 10562 USA