UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| OMEGA, S.A. and THE SWATCH GROUP (U.S.) INC.,<br><br>    Plaintiffs,<br>v.<br><br>SUSAN EISEN, INC., d/b/a SUSAN EISEN FINE JEWELRY AND WATCHES,<br><br>    Defendant. | Cause No. EP07CA0268<br>Judge Phillip Martinez |

### ENTRY OF APPEARANCE AS LOCAL COUNSEL FOR PLAINTIFFS

TO THE HONORABLE JUDGE OF SAID COURT:

**COME NOW**, MICHAEL J. SHANE and the Law Firm of Gordon & Mott P.C. and enter this their Entry of Appearance as Local Counsel for Plaintiffs OMEGA, S.A. and THE SWATCH GROUP (U.S.) INC., assisting Brendan J. Reilly in that capacity. The undersigned respectfully requests that copies of all further notices, pleadings, correspondence, communications, and file documents also be forwarded to his attention.

Respectfully submitted,

GORDON & MOTT P.C.
P. O. Box 1322
El Paso, Texas 79947-1322
(915) 545-1133
(915) 545-4433 (Fax)

By: _/s/ Michael J. Shane_
    Michael J. Shane
    State Bar No. 00795645
    Attorneys for Plaintiff

{7287.2/MSHA/06053612.1}